Certificate Number: 12433-PAE-DE-031049234

Bankruptcy Case Number: 18-13027



12433-PAE-DE-031049234

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 17, 2018</u>, at <u>6:41</u> o'clock <u>PM EDT</u>, <u>Edgardo Mercado-Luciano</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>May 17, 2018</u>         By:    <u>/s/Lance Brechbill</u>

Name: <u>Lance Brechbill</u>

Title: <u>Teacher</u>