# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Diane Mercado aka Diane M Brown<br>Edgardo Mercado-Luciano aka Edgardo<br>Mercado Luciano, aka Edgardo Mercado<br>Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>Movant<br>vs.<br><br>Diane Mercado aka Diane M Brown<br>Edgardo Mercado-Luciano aka Edgardo Mercado<br>Luciano, aka Edgardo Mercado<br>Debtor(s)<br><br>Lynn E. Feldman Esq.<br>Trustee | CHAPTER 7<br><br>NO. 18-13027 elf<br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this 27th day of June, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay, as provided 11 U.S.C. Section 362 is modified with respect to the subject premises located at 4225 Orchard Street, Philadelphia, PA 19124 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**