United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-13027-elf
Edgardo Mercado-Luciano                                                     Chapter 7
Diane Mercado
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: admin              Page 1 of 2              Date Rcvd: Aug 17, 2018
                             Form ID: 318             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db         +Edgardo Mercado-Luciano,    4225 Orchard Street,    Philadelphia, PA 19124-4605
jdb       #+Diane Mercado,    4225 Orchard Street,    Philadelphia, PA 19124-4605
14102340   +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14102349   +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14102351   +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14102355   +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
             Dallas, TX 75266-0360
14102361   +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
             Philadelphia, PA 19122-2806
14102358    Pa. SCDU,    P.O. Box 69110,    Harrisburg, PA 17106-9110
14102359    PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
14102367   +Tworkers Fcu,    919 E Cayuga St,    Philadelphia, PA 19124-3817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: QLEFELDMAN.COM Aug 18 2018 06:08:00      LYNN E. FELDMAN,    Feldman Law Offices PC,
             221 N. Cedar Crest Blvd.,    Allentown, PA 18104-4603
smg         E-mail/Text: megan.harper@phila.gov Aug 18 2018 02:17:13      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 18 2018 02:16:28
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 18 2018 02:17:02      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14102334    E-mail/Text: bankruptcy@bbandt.com Aug 18 2018 02:16:11      BB&T Item Processing Center,
             PO Box 580048,    Charlotte, NC 28258-0048
14102335   +EDI: CAPITALONE.COM Aug 18 2018 06:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
14102338   +EDI: MERRICKBANK.COM Aug 18 2018 06:08:00      Cardworks/CW Nexus,    Attn: Bankruptcy,
             Po Box 9201,    Old Bethpage, NY 11804-9001
14102339   +EDI: DCI.COM Aug 18 2018 06:08:00      Diversified Consultants, Inc.,
             Diversified Consultants, Inc.,    Po Box 551268,    Jacksonville, FL 32255-1268
14102352   +EDI: NAVIENTFKASMSERV.COM Aug 18 2018 06:08:00      Navient,    Attn: Bankruptcy,    Po Box 9500,
             Wilkes-Barre, PA 18773-9500
14102981   +EDI: PRA.COM Aug 18 2018 06:08:00      PRA Receivables Management, LLC,    PO Box 41021,
             Norfolk, VA 23541-1021
14102356   +E-mail/Text: blegal@phfa.org Aug 18 2018 02:16:48      Pa Housing Finance Age,    Po Box 8029,
             Harrisburg, PA 17105-8029
14102362   +E-mail/Text: Supportservices@receivablesperformance.com Aug 18 2018 02:17:34
             Receivables Performance Mgmt,    Attn: Bankruptcy,    Po Box 1548,    Lynnwood, WA 98046-1548
14102363   +EDI: RMSC.COM Aug 18 2018 06:08:00      Syncb/hhgreg,    Attn: Bankruptcy,    Po Box 965060,
             Orlando, FL 32896-5060
14102364   +EDI: RMSC.COM Aug 18 2018 06:08:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy Dept,
             Po Box 965060,    Orlando, FL 32896-5060
14102365   +EDI: RMSC.COM Aug 18 2018 06:08:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
             Po Box 965061,    Orlando, FL 32896-5061
14102366   +EDI: RMSC.COM Aug 18 2018 06:08:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
             Po Box 965060,    Orlando, FL 32896-5060
14102369    EDI: WFFC.COM Aug 18 2018 06:08:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
             Greenville, SC 29606
14102368    E-mail/Text: megan.harper@phila.gov Aug 18 2018 02:17:13      Water Revenue Bureau,
             1401 JFK Blvd.,    Philadelphia, PA 19102-1663
14102370   +EDI: WFFC.COM Aug 18 2018 06:08:00      Wells Fargo Bank Ia N,    Attn: Bankruptcy Dept,
             Po Box 6429,    Greenville, SC 29606-6429
                                                                                               TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14102337*   +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14102336*   +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14102341*   +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14102342*   +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14102343*   +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14102344*   +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14102345*   +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14102346*   +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14102347*   +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14102348*   +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
14102350*   +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14102353*   +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
14102354*   +Navient,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
14102357*   +Pa Housing Finance Age,    Po Box 8029,    Harrisburg, PA 17105-8029
14102360*    PayPal Credit,    PO Box 105658,    Atlanta, GA 30348-5658
14102371*   +Wells Fargo Bank Ia N,    Attn: Bankruptcy Dept,    Po Box 6429,    Greenville, SC 29606-6429

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Aug 17, 2018
                              Form ID: 318             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****
TOTALS: 0, * 16, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:

```
              DAVID M. OFFEN    on behalf of Joint Debtor Diane  Mercado dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Edgardo  Mercado-Luciano dmo160west@gmail.com,
               davidoffenecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.epiqsystems.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Edgardo Mercado–Luciano** | Social Security number or ITIN | **xxx–xx–3118** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Diane Mercado** | Social Security number or ITIN | **xxx–xx–9926** |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | |
| Case number: | **18–13027–elf** | | |

# Order of Discharge                                                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edgardo Mercado–Luciano
 aka Edgardo Mercado Luciano, aka Edgardo Mercado

Diane Mercado
 aka Diane M Brown

8/16/18

**By the court:**   Eric L. Frank
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                              **Order of Discharge**                                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**